# UNITED STATES DISTRICT COURT
for the
EASTERN District of North Carolina
Western Division

RECEIVED
FEB 0 5 2019
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Dingle, Randy
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

"See Attached"
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 5:19-CV-32-D
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Dingle, Randy
Street Address: 4625 Trumilla Dr.
City and County: Fayetteville Cumberland
State and Zip Code: North Carolina 28312
Telephone Number: 910 964-1236
E-mail Address: annielearspivey92@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendants',
Pge: 1

    Judge Joseph N. Calloway
    R. Gregg Edwards
    William Dancy
    Dingle, Patricia Ellen Watson

Section II
    B. c. William Dancy
        North Carolina
      d. Dingle, Patricia Ellen Watson
        North Carolina

Defendant No. 1
    Name: Joseph N. Callaway
    Job or Title (if known): Judge
    Street Address: 434 Fayetteville Street
    City and County: Raleigh, Wake County
    State and Zip Code: North Carolina 27601
    Telephone Number: 919 856-4886
    E-mail Address (if known):

Defendant No. 2
    Name: R. Gregg Edwards
    Job or Title (if known): Attorney
    Street Address: P.O. Box 53885
    City and County: Fayetteville, Cumberland
    State and Zip Code: North Carolina 28305
    Telephone Number: 910 705 4890
    E-mail Address (if known):

Defendant No. 3
    Name: William Dancy
    Job or Title (if known): Security Guard
    Street Address: 434 Fayetteville Street
    City and County: Raleigh, Wake County
    State and Zip Code: North Carolina 27601
    Telephone Number: 919-856-4886
    E-mail Address (if known):

Defendant No. 4
    Name: Dingle, Patricia Ellen Watson
    Job or Title (if known):
    Street Address: 512 Ghent Street
    City and County: Windsor, Bertie
    State and Zip Code: North Carolina 27983
    Telephone Number: 910 574-8226
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 USC 1331, 25-2-302, 25-1-202, 1-308-16 US Code 480.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Dingle, Randy , is a citizen of the State of *(name)* North Carolina .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Joseph N. Callaway , is a citizen of the State of *(name)* North Carolina . Or is a citizen of *(foreign nation)* _____ .

b. If the defendant is a corporation

The defendant, (name) __R. Gregg Edwards__, is incorporated under the laws of the State of (name) __North Carolina__, and has its principal place of business in the State of (name) __North Carolina__.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $600,000.00

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Said Attorney file a fradulant bankruptcy case to receive more money from me. Judge Callaway knew this and did nothing to help. Said attorney then withdrew from case, because I caught on to what he was doing. Mr. William Dancy was having an affair with my wife which she later deserted me for him and we lost our mobile home.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To be given a refund now that my home has been taken from me. It was a disallow & discharge. Then some how Gregg Edward decide he needed more money. Put me back in court. The Mobile home was taken (stolen) by the court under a foreclose. The Mobile home is listed with DMV. I didn't have a realestate attorney or did a foreclose.

Page 4 of 5

I so fill that $600,000.00 will give this disable veteran a home and some peace of mind. My Mobile home have had 3 different loan company; 1st Conseco 2nd Greentree & Last Ditech. The EIN number never change. Right there is a fraud.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/05/2019

Signature of Plaintiff   V.C. Randy Dingle
Printed Name of Plaintiff   V.C. Randy Dingle

### B. For Attorneys

Date of signing: _____

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____
Street Address   _____
State and Zip Code   _____
Telephone Number   _____
E-mail Address   _____