IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-32-D

RANDY DINGLE,

     Plaintiff,

v.            **ORDER**

JOSEPH N. CALLOWAY, et al.,

     Defendants.

On February 5, 2019, plaintiff, appearing pro se, applied to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 [D.E. 1]. On February 12, 2019, the court referred plaintiff's motion to proceed in forma pauperis to Magistrate Judge Swank [D.E. 4]. On April 22, 2019, Judge Swank issued a Memorandum and Recommendation and recommended that plaintiff's motion to proceed in forma pauperis be denied [D.E. 6]. On April 24, 2019, plaintiff paid the court's filing fee and filed his complaint [D.E. 7].

In sum, plaintiff's motion to proceed in forma pauperis is DISMISSED as moot. The clerk shall issue the summonses prepared by plaintiff [D.E. 1-3, 1-4, 1-5, 1-6].

SO ORDERED. This 25 day of April 2019.

                JAMES C. DEVER III
                United States District Judge