IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-32-D

| | | |
|---|---|---|
| RANDY DINGLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSEPH N. CALLAWAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On June 10, 2019, Joseph N. Callaway ("Callaway" or "defendant") moved to dismiss plaintiff's complaint [D.E. 13] and filed a memorandum in support [D.E. 14]. See Fed. R. Civ P. 12(b)(1), (2), (5), and (6). On June 28, 2019, plaintiff responded in opposition [D.E. 18].

For the reasons stated in defendant's memorandum of law in support of defendant's motion to dismiss [D.E. 14], the court GRANTS the motion to dismiss [D.E. 13] and DISMISSES Joseph Callaway as a defendant.

SO ORDERED. This 1 day of August 2019.

JAMES C. DEVER III
United States District Judge